PETER McBREEN, Appellant, v. SUPREME COUNCIL OF THE ROYAL ARCANUM, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

PEARL SMITH, an Infant, etc., by MAURICE H. SMITH, Her Guardian ad Litem, Respondent, v. BERNHEIMER & SCHWARTZ PILSNER BREWING COMPANY, Appellant. MAURICE H. SMITH, Respondent, v. BERNHEIMER & SCHWARTZ PILSNER BREWING COMPANY, Appellant.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DE GEORGE, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ABRAHAM L. HEILBRONER, Committee, etc., of LAWRENCE H. HEILBRONER, an Incompetent, Respondent, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

RICHARD S. HARVEY, Respondent, v. NEW YORK ASSETS REALIZATION COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of EMMA M. RAYMOND.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of JOHN T. DELANY.— Reference ordered to Hon. J. J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of JACOB N. FLOWERMAN.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled on notice — Present Clarke, P. J., Scott, Smith, Page and Davis, JJ.

GEORGE A. LEE, Respondent, v. HENRY CARROLL BROWN and Another, Appellants, Impleaded with JULIAN GERARD and Others.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Dome* v. *Southern Railway Company* (152 App. Div. 134). Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.; Scott and Shearn, JJ., dissented.

GERTRUDE E. LEE, Respondent, v. FRANCIS HAMILTON and Others, Impleaded with HENRY CARROLL BROWN and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements, on the authority of *Dome* v. *Southern Railway Company* (152 App. Div. 134). Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.; Scott and Shearn, JJ., dissented.